# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Carrie Porter ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:19-cv-00152 |
| Commissioner of Social Security ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** AFFIRMING THE ALJS NON-DISABILITY FINDING; AND ERMINATING THIS CASE ON THE COURTS DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Decision and Entry

Date: 4/2//2020

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk